## JUDGMENT

Per Curiam (Lourie, O'Malley, and Taranto, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## JUDGMENT

Per Curiam (O'Malley, Wallach, and Taranto, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**NETAPP, INC., Appellant,**

v.

**ELECTRONICS AND TELECOM-MUNICATIONS RESEARCH INSTITUTE, Appellee.**

2015-1719

United States Court of Appeals, Federal Circuit.

August 9, 2016

PETER H. KANG, Sidley Austin LLP, Palo Alto, CA, argued for appellant. Also represented by ANNA MAYERGOYZ WEINBERG, Washington, DC.

MATTHEW CARMINE PHILLIPS, Renaissance IP Law Group LLP, Portland, OR, argued for appellee. Also represented by DEREK MEEKER; MARC AARON FENSTER, Russ August & Kabat, Los Angeles, CA.

**Timothy N. SHIELDS, Claimant–Appellant**

v.

**Robert A. MCDONALD, Secretary of Veterans Affairs, Respondent–Appellee**

2016-1072

United States Court of Appeals, Federal Circuit.

August 9, 2016

ROBERT PAUL WALSH, Law Office of Robert P. Walsh, Battle Creek, MI, argued for claimant-appellant.

MARK E. PORADA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., SCOTT D. AUSTIN; Y. KEN LEE, BRANDON A. JONAS, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.